# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1084

VERSUS

WALTER FAIRLEY                                        **DECEMBER 6, 2021**

---

In Re:    Walter Fairley, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          543,474.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

     **WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___ , 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to
relator whose convictions and sentences were final at the time
the decision was rendered. See also **State v. Kelly,** 2021-00572
(La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the
district court did not err by denying the application for
postconviction relief.

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT